# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Hector C.,[1]                                                            Civ. No. 20-1914 (SRN/LIB)

          Petitioner,

vs.                                                                              **ORDER**

Immigration and Customs Enforcement, et al.,

          Respondents.

---

This matter is before the Court on Petitioner's Petition for a Writ of Habeas Corpus [Doc. No. 1] and a Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated April 16, 2021. No objections to the Report and Recommendation have been filed in the time period permitted. Accordingly, IT IS HEREBY ORDERED that:

1. Hector C.'s Petition for Writ of Habeas Corpus, [Docket No. 1], is **DENIED as moot**; and

2. This matter is **DISMISSED without prejudice**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                                          BY THE COURT:

DATED: April 30, 2021                                   s/Susan Richard Nelson
                                                                SUSAN RICHARD NELSON
                                                                United States District Judge

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in immigration matters such as the present matter. Accordingly, where the Court refers to Petitioner by his name only his first name and last initial are provided.